# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162752(21)

KLIMENT MILANOV and TRENTEN
INGELL,
      Plaintiffs-Appellees,

v

UNIVERSITY OF MICHIGAN and REGENTS
OF THE UNIVERSITY OF MICHIGAN,
      Defendants-Appellants.
_____/

SC: 162752
COA: 354768
Ct of Claims: 2020-000056-MK

On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before April 30, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2021



Clerk